UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jacquelyn White,

       Plaintiff,                         Case No. 10-14045

v.                                              Hon. Nancy G. Edmunds

State of Michigan, et al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motions for dismissal, for summary judgment, or for reassignment filed by Defendant Michigan Department of Human Services, Dorothy Butler, Margaret Warner, Sharon Jackson, and Susan Hull (#5), Defendant State of Michigan (#6), and Defendants Michigan Department of Civil Service, Michigan Department of Human Services - Human Resources, and Deborah Garnett (#14) are GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: April 26, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 26, 2011, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager